## JOHN PORTER v. THE ERIE RAILWAY COMPANY.

This case came before the court under the same circumstances as the foregoing one. There was a verdict for plaintiff, and a rule to show cause why it should not be set aside. The two cases were argued together. In this case, also, the court ordered the verdict to be set aside, for the reasons above stated, unless the plaintiff should, during the term, remit the excess of the verdict over and above two thousand dollars.

NOTE.—The plaintiff remitted the excess.